**Harold R. STANLEY, Appellant,**

v.

**Honorable Jack GRATE; Lester Wight; Marcia E. Stanley, Appellees.**

No. 07–3728.

United States Court of Appeals, Eighth Circuit.

Submitted: March 9, 2009.

Filed: March 17, 2009.

---

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Harold Stanley appeals the district court's [1] dismissal of his civil rights complaint. After careful review, we conclude that the court's judgment was not a final, appealable order because it did not dispose of the counterclaim raised by Marcia Stanley in her answer. *See* 28 U.S.C. § 1291 (courts of appeals shall have jurisdiction of appeals from all final decisions of district courts); Fed.R.Civ.P. 54(b) (any order that adjudicates fewer than all claims does not end action as to any claims or parties); *Miller v. Special Weapons, L.L.C.,* 369 F.3d 1033, 1034–35 (8th Cir.2004) (noting problems with allowing counterclaims that are "dead but undismissed" or are substantively resolved by non-final orders, to proceed; dismissing appeal for lack of jurisdiction where district court failed to rule on counterclaim even though it was necessarily disposed of by summary judgment order); *Thomas v. Basham,* 931 F.2d 521, 522–23 (8th Cir.1991) (jurisdictional issues will be raised sua sponte when there is indication that jurisdiction is lacking; court lacked jurisdiction over appeal from summary judgment order because defendant's counterclaims were outstanding at time of order).

Accordingly, we dismiss the appeal for lack of jurisdiction.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.